500 P.3d 384 (Mem)
In Re: Rigoberto Castelan RIZO, Plaintiff
v.Jose Rodriguez SAN MIGUEL, Defendant
Supreme Court Case No: 2021SA86 Supreme Court of Colorado.
DATE FILED: May 13, 2021
ORDER OF COURT
Upon further consideration of the Petition for Rule to Show Cause Pursuant to C.A.R. 21 filed in the above cause, along with the Answer and Reply, and now being sufficiently advised in the premises,
IT IS ORDERED Pursuant to C.A.R. 21(l), the court makes the rule absolute and, without opinion, remands the matter to the district court to make findings and conclusions regarding its February 8, 2021 Order Re: Defendant's Motion to Strike Expert Opinion of Bennet I. Machanic, M.D. Regarding Diagnoses, Treatment, Permanency and Reasonableness of Care. See Ruibal v. People , 432 P.3d 590, 593 (Colo. 2018) (holding in part that the trial court must make "specific findings concerning a determination of the reliability and relevance of evidence" subject to CRE 702 ). By making the rule absolute and issuing this order, the court concludes this original proceeding.